JEFFREY D. CONWAY, ESQ.
Nevada Bar No. 4573
CONWAY LAW FIRM
2153 Ponticello Drive
Henderson, Nevada  89052
Telephone: (702)  629-7962
Facsimile: (702)  629-7958

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA G. SANIEL, | Case No.  2:10-cv-01497-RLH-PAL |
| Plaintiff, | |
| vs. | **RESPONSE TO ORDER TO SHOW CAUSE** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INT'L HOME CAPITAL CORP. DBA SKOFED FUNDING CORP.; CAL-WESTERN RECONVEYANCE CORPORATION; CITIMORTGAGE, INC.; BANK OF AMERICA; DOES I-X; ROES I-X; Inclusive, | |
| Defendants. | |

///

///

///

///

///

///

///

-1-

With respect to the Court's Order dated October 6, 2010, Plaintiff's counsel had unforeseen delays in prosecuting this case due to his departure from his prior law firm. The certificate of interested parties was filed on October 12, 2010.

DATED this 20th day of October, 2010.

                                      CONWAY LAW FIRM

                                      __/s/ Jeffrey D. Conway_____
                                      Jeffrey D. Conway, Esq.
                                      Nevada Bar No. 4573
                                      2153 Ponticello Drive
                                      Henderson, NV 89052
                                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 20, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all Parties to this action.

                                                                      __*/s/ John R. Conway*_____

                                                                    an employee of Conway Law Firm