# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| ANDREA G. SANIEL,<br><br>    Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INT'L HOME CAPITAL CORP. DBA SKOFED FUNDING CORP.; CAL-WESTERN RECONVEYANCE CORPORATION; CITIMORTGAGE, INC.; BANK OF AMERICA; DOES I-X; ROES I-X; Inclusive,<br><br>    Defendants. | CASE NO. 2:10-cv-01497-RLH-PAL<br><br>**ORDER EXPUNGING LIS PENDENS** |

    On March 1, 2011, the Court entered an Order (Doc. #13) granting Defendant CitiMortgage Inc.'s Motion to Dismiss and Expunge Lis Pendens. (Doc. #4).

    IT IS THEREFORE ORDERED that the Notice of Lis Pendens recorded in the Official Records of Clark County, Nevada on September 2, 2010, as Instrument Number 20100902-0000786, against the real property located at 9184 Starling Wing Place, Las Vegas, NV 89143, APN 125-08-325-016, shall be cancelled and expunged from the county records.

    IT IS SO ORDERED.

    DATED this  2nd  day of March, 2011.

                                                   _____
                                                 ROGER L. HUNT
                                                 Chief United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on March 1, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jeffrey D. Conway
Conway Law Firm
2153 Ponticello Drive
Henderson, NV 89052
Email: conwaylaw19@yahoo.com
*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of March 2011, at San Diego, California.

_____
MARSHA L. JOHNSON

2331549.wpd